United States District Court
Southern District of Texas
**ENTERED**
September 20, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JONATHAN ESCHETE, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:18-CV-125 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

The parties have filed a stipulation of dismissal. *See* FED. R. CIV. P. 41(a)(1)(A)(ii). Accordingly, it is hereby **ORDERED** that all claims asserted against any party in the above-captioned lawsuit are hereby **DISMISSED WITHOUT PREJUDICE** to their being re-filed.

Each party shall bear its own attorney's fees and costs.

All other pending motions are denied as moot.

**THIS IS A FINAL JUDGMENT.**

SIGNED at Galveston, Texas, this 20th day of September, 2018.

_____
George C. Hanks Jr.
United States District Judge